PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ralph Desimone                                                                          Cr.: Cr.-00-305-02

Name of Sentencing Judicial Officer: John Bissell, U.S.D.J.

Date of Original Sentence: 02/06/02

Original Offense: Racketeering, 18 U.S.C. 1962(d)

Original Sentence: 40 months custody, 3 years supervised release. Special conditions: No new lines of credit, financial disclosure and mental health treatment.

Type of Supervision: Supervised Release                                              Date Supervision Commenced: 10/29/04

Assistant U.S. Attorney: Leslie Schwartz                                                     Defense Attorney: Jack D. Aresenault

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states ' **You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**' |
| | The offender did not report police contacts of 1/06/06 (Haledon Boro Police), 5/25/06 (Hackensack Police), 6/20/06 (Oradell Boro Police) and 7/19/07 (Riverdale Boro Police) within seventy-two (72) hours. |
| 2 | The offender has violated the supervision condition which states '**You shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.**' |
| | On or about December 6, 2006 and April 12, 2007, Desimone associated with a Robert Biscula, a convicted felon, via the telephone. He called Biscula where he is incarcerated, FCI-Otisville. Biscula is serving a twenty year sentence from the Southern District of New York for a RICO conviction.. |

3      The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**'

The offender submitted a false monthly supervision report for the month of January 2006, by answering "no" to the following question on side two, Part E of the document, " were you questioned by law enforcement officers," when in fact he had contact with the Haledon Boro Police as evidenced by receipt of a ticket for improper parking with in twenty -five feet of a crosswalk on January 6,2006.

The offender submitted a false monthly supervision report for May 2006, by answering "no" to the following question on side two, Part E of the document "were you questioned by law enforcement officers," when in fact he had contact with the Hackensack Police as evidenced by his receipt of a citation for failure to wear a seatbelt on May 25,2006.

The offender submitted a false monthly report for June 2006, by answering "no" to the following question on side two, Part E of the document "were you questioned by law enforcement officers", when in fact he had contact with the Oradell Boro Police as evidenced by his receipt of a motor vehicle ticket for failure to wear a seatbelt on June 20,2006.

The offender submitted a false monthly supervision report for December 2006 and April 2007 by answering, "no" to the following question on side two, Part E, of the document,"did you have contact with anyone with a criminal record," when he fact he had contact with a Robert Biscula, a convicted felon,on December 6,2006 and April 12,2007.

The offender submitted a false monthly supervision report for February 2007 by failing to note an expenditure of over $500.00 on side one, Part D of the document where it states, " list all expenditures over $500.00 to include goods, services or gambling losses," when in fact the offender had lost $ 6,420.00 at the Hilton Hotel Casino in Atlantic City.

The offender submitted a false monthly supervision report for July 2007, by answering "no" to the following question on side two, Part E of the document "were you questioned by law enforcement officers", when in fact he had contact with the Riverdale Boro Police as evidenced by his receipt of a motor vehicle ticket for failure to wear a seatbelt on July 19.2007.

I declare under penalty of perjury that the foregoing is true and correct.

By: Thomas S. Larson
Supervising U.S. Probation Officer
Date: 08/06/07

THE COURT ORDERS:

[✓] The Issuance of a Summons. Date of Hearing: October 1, 2007 at 11:30 am.
[ ] The Issuance of a Warrant
[ ] No Action

PROB 12C - Page 3
Ralph Desimone

[ ] Other

_____
Signature of Judicial Officer

August 23, 2007
_____
Date